ELIZABETH M. PECK (SBN 277794)
KEVIN SCHWIN, *Of-Counsel* (SBN 262595)
MYTHILY SIVARAJAH (SBN 252494)
**PECK-LAW,** *Employment & Civil Rights*
1010 Fair Ave., Ste. H
Santa Cruz, CA 95060
Tel: 408-332-5792
Fax: 408-332-5793
lisa@peck-law.com
kevin@peck-law.com
mythily@peck-law.com

NARAK MIRZAIE (SBN 311508)
M LAW ATTORNEYS, APC
680 East Colorado Blvd, Suite 180
Pasadena, CA 91101
Tel: (626) 626-4422
Fax: (626) 626-4420
nm@mlawattorneys.com

Attorneys for Plaintiff
VICTOR GAVIN

Jamie Rudman (SBN 166727)
Bradford N. Paul (SBN 275671)
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax
rudman@sanchez-amador.com
paul@sanchez-amador.com

Attorneys for Defendant Pacific Bell Telephone Company, *erroneously sued as* AT&T Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VICTOR GAVIN, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T SERVICES, Inc., an unknown business entity; DIANE MATAYOSHI, an individual; and DOES 1 through 100, inclusive;<br><br>　　　　Defendants. | Case No. 2:20-cv-02246-JAM-AC<br><br>**STIPULATION TO CONTINUE THE DEADLINE FOR RULE 26(f) MEET AND CONFER AND JOINT STATUS REPORT AND ORDER** |

1050-0004 347156.1

1     Plaintiff Victor Gavin ("Plaintiff") and Defendant Pacific Bell Telephone Company, erroneously sued as AT&T Services, Inc., ("Defendant") (collectively, the "Parties"), by and through their counsel, agree and stipulate as follows:

    Whereas, on October 2, 2020, Plaintiff filed his Unverified Complaint in the Superior Court of the County of El Dorado, and on November 5, 2020, Defendant AT&T Services, Inc. filed its Answer containing a general and specific denial of all allegations set forth in the Unverified Complaint, and twenty-four affirmative defenses;

    Whereas, on November 9, 2020, Defendant removed the action to the United States District Court, Eastern District of California (Dkt. #1);

    Whereas, on December 16, 2020, PECK-LAW, *Employment and Civil Rights* made its appearance as co-counsel for Plaintiff (Mythily Sivarajah made her appearance on December 16, 2020; Elizabeth M. Peck made her appearance on January 4, 2021), approximately three weeks before the deadline to meet and confer and submit a Joint Status Report (i.e., January 8, 2021);

    Whereas, the individual Defendant Diana Matayoshi has not yet been served;

    Whereas, pursuant to the Court's November 10, 2020 Order Requiring Service of Process and Joint Status Report (Dkt #3), the deadline to meet and confer and submit a Joint Status Report is January 8, 2021;

    Whereas, the Parties met and conferred by telephone on December 16, 2020 and determined that the Parties should consider amendment of their respective pleadings, to consider joinder and/or dismissal of currently named parties, and to amend the claims to comport with the factual circumstances alleged by Plaintiff.

    Whereas, Plaintiff desires to amend his Complaint in light of the pleading requirements in federal court, thus giving Defendant an opportunity to determine whether to file an additional responsive pleading;

    Whereas, Plaintiff's counsel informed the corporate Defendant's counsel of Plaintiff's intention to seek dismissal of several of the corporate Defendant's affirmative defenses under Fed. R. Civ. P., Rule 12;

    Whereas, these amendments will allow the Parties to meaningfully complete their Rule

1050-0004 347156.1

2

STIPULATION TO CONTINUE RULE 26(f) DEADLINE TO MEET AND CONFER AND
FILE JOINT STATUS REPORT AND ORDER - Case No. 2:20-cv-02246-JAM-AC

26(f) meet and confer conference with an accurate understanding of the facts and defenses appropriately at issue;

Whereas, the Parties do not believe it would be efficient to create a Joint Status Report while the pleadings have yet to be finalized and before the named parties are settled, including the individual Defendant Matayoshi;

Now therefore, the Parties, through their respective counsel of record, for good cause as shown stipulate and request the Court enter an order continuing the deadline pursuant to this Court's Order Requiring Service of Process and Joint Status Report (Docket #3) to meet and confer and submit a Joint Status Report by sixty (60) days, from January 8, 2021 to March 9, 2021.

IT IS SO STIPULATED.

DATED:  January 05, 2021        PECK-LAW, EMPLOYMENT & CIVIL RIGHTS

/s/ Mythily Sivarajah (as authorized on 01/05/21)
Elizabeth M. Peck
Kevin Schwin, *Of Counsel*
Mythily Sivarajah
Attorneys for Plaintiff Victor Gavin

DATED:  January 05, 2021        SANCHEZ & AMADOR, LLP

/s/ Bradford N. Paul
Jamie Rudman
Bradford N. Paul
Attorneys for Defendant Pacific Bell Telephone Company, *erroneously sued as* AT&T Services, Inc.

1050-0004 347156.1

3

STIPULATION TO CONTINUE RULE 26(f) DEADLINE TO MEET AND CONFER AND FILE JOINT STATUS REPORT AND ORDER - Case No. 2:20-cv-02246-JAM-AC

**ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Court continues the deadline for the Parties to meet and confer and submit a Joint Status Report in accordance with this Court's Order Requiring Service of Process and Joint Status Report (Dkt #3) by 60 days, from January 8, 2021 to March 9, 2021.

IT IS SO ORDERED.

Dated: January 6, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1050-0004 347156.1

4

STIPULATION TO CONTINUE RULE 26(f) DEADLINE TO MEET AND CONFER AND
FILE JOINT STATUS REPORT AND ORDER - Case No. 2:20-cv-02246-JAM-AC