ELIZABETH M. PECK (SBN 277794)
KEVIN SCHWIN, *Of-Counsel* (SBN 262595)
MYTHILY SIVARAJAH (SBN 252494)
PECK-LAW, *Employment & Civil Rights*
1010 Fair Ave., Ste. H
Santa Cruz, CA 95060
Tel: 408-332-5792
lisa@peck-law.com
kevin@peck-law.com
mythily@peck-law.com

NARAK MIRZAIE (SBN 311508)
M LAW ATTORNEYS, APC
680 East Colorado Blvd, Suite 180
Pasadena, CA 91101
Tel: (626) 626-4422
nm@mlawattorneys.com

Attorneys for Plaintiff VICTOR GAVIN

Jamie Rudman (SBN 166727)
 rudman@sanchez-amador.com
Patricia Arias Musitano (SBN 197662)
 musitano@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Pacific Bell Telephone Company,
*erroneously sued as* AT&T Services, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VICTOR GAVIN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, Inc., an unknown business entity; DIANE MATAYOSHI, an individual; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 2:20-cv-02246-JAM-AC (Assigned to Hon. John A. Mendez; Magistrate Judge Allison Claire)<br><br>**AMENDED STIPULATED REQUEST FOR ORDER MODIFYING PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Complaint Filed: October 2, 2020<br>Removal Date: November 9, 2020<br>Trial Date: April 10, 2023 |

1  Plaintiff VICTOR GAVIN, and Defendant PACIFIC BELL TELEPHONE COMPANY, erroneously sued as AT&T Services, Inc., by and through their counsel, hereby respectfully move for an Order modifying the Pretrial Scheduling Order (ECF 12) to extend the expert and fact discovery and dispositive motion filing and service deadlines:

WHEREAS, on March 10, 2021 the Court issued a Pretrial Scheduling Order (ECF 12);

WHEREAS, the Court's Pretrial Scheduling Order requires the parties to complete discovery by September 30, 2022;

WHEREAS, Plaintiff's counsel and Plaintiff's co-counsels in other matters have been riddled with illnesses, including COVID-19, that have required extending the deadlines in those matters and therefore have sidelined Plaintiff's counsel's ability to attend to the discovery in this matter. Kevin Schwinn and Mythily Sivarajah both recently had COVID-19, which subsequently required continuances on several other matters. Currently, Elizabeth Peck is avoiding close contact with others as a result of her exposure to a household member having COVID-19;

WHEREAS, Plaintiff's counsel Elizabeth Peck and Mythily Sivarajah have conflicts in the next month including a trial in another matter slated to begin on August 8, 2022;

WHEREAS, the parties have commenced potential settlement resolution discussions;

WHEREAS, there has not been any prior requests to change the Pretrial Scheduling Order in this matter, and the parties do not anticipate the need for any change in any other scheduling; and,

WHEREAS, the parties stipulate that there is good cause to extend the expert and fact discovery, dispositive motion filing and service deadlines as well as the dispositive motion, pretrial conference and trial dates set forth in the Court's existing scheduling order, and corresponding briefing schedule.

NOW THEREFORE, the parties hereby agree and respectfully request that the Court order as follows:

The deadline for expert witness disclosures to be completed should be extended from July 29, 2022 to September 30, 2022.

The deadline for supplemental and rebuttal expert witness disclosures to be completed should be extended from August 12, 2022 to October 14, 2022.

The deadline to file a brief joint mid-litigation statement should be extended from September 16, 2022 to no sooner than November 16, 2022.

The deadline for fact discovery to be completed should be extended from September 30, 2022 to no sooner than November 30, 2022.

The deadline to file and serve dispositive motions should be extended from November 11, 2022 to no sooner than December 9, 2022.

The hearing for dispositive motions should be continued from January 10, 2023 to no sooner than February 14, 2023.

The final pretrial conference should be continued from February 24, 2023 to no sooner than March 31, 2023.

The trial date should be continued from April 10, 2023 to no sooner than May 15, 2023.

Date: July 28, 2022           PECK-LAW, *Employment & Civil Rights*
                              By:      /s/ Mythily Sivarajah
                                    Elizabeth M. Peck
                                    Kevin Schwin, *Of-Counsel*
                                    Mythily Sivarajah
                                    Co-Counsel for Plaintiff
                                    Victor Gavin

Date: July 27, 2022           M LAW ATTORNEYS, APC
                              By:    /s/ Narak Mirzaie (as authorized on 7/27/2022)
                                    Narak Mirzaie
                                    Co-Counsel for Plaintiff
                                    Victor Gavin

Date: July 28, 2022           SANCHEZ & AMADOR, LLP
                              By:    /s/ Patricia Muitano (as authorized on 7/28/2022)
                                    Jamie Rudman
                                    Patricia Arias Musitano
                                    Attorneys for Defendant
                                    Pacific Bell Telephone Company,
                                    *erroneously sued as* AT&T Services, Inc.

# **ORDER**

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The deadline for expert witness disclosures to be completed is extended from July 29, 2022 to September 30, 2022.

The deadline for supplemental and rebuttal expert witness disclosures to be completed is extended from August 12, 2022 to October 14, 2022.

The deadline to file a brief joint mid-litigation statement is extended from September 16, 2022 to November 16, 2022.

The deadline for fact discovery to be completed is extended from September 30, 2022 to November 30, 2022.

The deadline to file and serve dispositive motions is extended from November 11, 2022 to December 9, 2022.

The hearing for dispositive motions should be continued from January 10, 2023 to February 14, 2023 at 1:30 p.m.

The final pretrial conference should be continued from February 24, 2023 to March 31, 2023 at 11:00 a.m.

The trial date should be continued from April 10, 2023 to May 15, 2023 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 28, 2022              /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE