ELIZABETH M. PECK (SBN 277794)
KEVIN SCHWIN, *Of-Counsel* (SBN 262595)
MYTHILY SIVARAJAH (SBN 252494)
PECK-LAW, *Employment & Civil Rights*
1010 Fair Ave., Ste. H
Santa Cruz, CA 95060
Tel: 408-332-5792
lisa@peck-law.com
kevin@peck-law.com
mythily@peck-law.com

NARAK MIRZAIE (SBN 311508)
M LAW ATTORNEYS, APC
680 East Colorado Blvd, Suite 180
Pasadena, CA 91101
Tel: (626) 626-4422
nm@mlawattorneys.com

Attorneys for Plaintiff VICTOR GAVIN

Jamie Rudman (SBN 166727)
 rudman@sanchez-amador.comrudman
Patricia Arias Musitano (SBN 197662)
 musitano@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Pacific Bell Telephone Company, *erroneously sued as* AT&T Services, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VICTOR GAVIN, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES, Inc., an unknown business entity; DIANE MATAYOSHI, an individual; and DOES 1 through 100, inclusive;<br><br>    Defendants. | Case No. 2:20-cv-02246-JAM-AC (Assigned to Hon. John A. Mendez; Magistrate Judge Allison Claire)<br><br>**STIPULATED REQUEST FOR ORDER MODIFYING EXPERT DESIGNATION DATES IN PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Complaint Filed: October 2, 2020<br>Removal Date: November 9, 2020<br>Trial Date: May 15, 2023 |

425940.1

1  Plaintiff VICTOR GAVIN, and Defendant PACIFIC BELL TELEPHONE COMPANY,
2  erroneously sued as AT&T Services, Inc., by and through their counsel, hereby respectfully
3  move for an Order modifying the Pretrial Scheduling Order (ECF 12 and 21) to briefly extend
4  the expert and fact discovery deadlines:

5  WHEREAS, on March 10, 2021 the Court issued a Pretrial Scheduling Order (ECF 12);

6  WHEREAS, on July 29, 2022, the Court issued an Order Modifying the Pretrial
7  Scheduling Order (ECF 21);

8  WHEREAS, the Court's Orders require the parties to designate experts by September
9  30, 2022;

10 WHEREAS, the parties previously requested the change to the Pretrial Scheduling Order
11 in this matter because Plaintiff's counsel and Plaintiff's co-counsels in other matters had been
12 riddled with illnesses, including COVID-19, that required extending the deadlines in those
13 matters and therefore sidelined Plaintiff's counsel's ability to attend to the discovery in this
14 matter. Plaintiff's counsels, Kevin Schwin and Mythily Sivarajah both had COVID-19, which
15 subsequently required continuances on several other matters. Plaintiff's counsel, Elizabeth Peck
16 was avoiding close contact with others as a result of her exposure to a household member
17 having COVID-19;

18 WHEREAS, Plaintiff's counsel Elizabeth Peck and Mythily Sivarajah had trial in
19 another matter which began on August 8, 2022;

20 WHEREAS, the parties have commenced potential settlement resolution discussions in
21 earnest and need additional time to discuss settlement in good faith;

22 WHEREAS, the parties do not anticipate the need for any change in any other
23 scheduling; and,

24 WHEREAS, the parties stipulate that there is good cause to extend the expert
25 designation deadlines set forth in the Court's existing scheduling order, and corresponding
26 briefing schedule.

27 NOW THEREFORE, the parties hereby agree and respectfully request that the Court
28 order as follows:

1  The deadline for expert witness disclosures to be completed should be extended from September 30, 2022 to October 28, 2022.

The deadline for supplemental and rebuttal expert witness disclosures to be completed should be extended from October 14, 2022 to November 14, 2022.

The remainder of the Pretrial Scheduling Order remains unaffected by this stipulation.

Date:   September 6, 2022              PECK-LAW, *Employment & Civil Rights*

            By:    /s/ Elizabeth M. Peck
               Elizabeth M. Peck
               Kevin Schwin, *Of-Counsel*
               Mythily Sivarajah
               Co-Counsel for Plaintiff
               Victor Gavin

Date:   September 6, 2022              M LAW ATTORNEYS, APC

            By:    /s/ Narak Mirzaie
               Narak Mirzaie
               Co-Counsel for Plaintiff
               Victor Gavin

Date:   September 6, 2022              SANCHEZ & AMADOR, LLP

            By:    /s/ Patricia Arias Musitano
               Jamie Rudman
               Patricia Arias Musitano
               Attorneys for Defendant
               Pacific Bell Telephone Company,
               *erroneously sued as* AT&T Services, Inc.

# **ORDER**

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The deadline for expert witness disclosures to be completed is extended from September 30, 2022 to October 28, 2022.

The deadline for supplemental and rebuttal expert witness disclosures to be completed is extended from October 14, 2022 to November 14, 2022.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 7, 2022        /s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

425940.1

-4-

STIPULATED REQUEST FOR ORDER MODIFYING EXPERT DESIGNATION DATES IN PRETRIAL SCHEDULING ORDER; ORDER  -  Case No. 2:20-cv-02246-JAM-AC